**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6227**

HAMILTON H. SWART, III,

Plaintiff - Appellant,

v.

HAROLD W. CLARKE, Director, VDOC; A. DAVID ROBINSON, Chief
Correctional Operations; MR. FREDERICK SCHILLING, Director
of Health Services; EARL R. BARKSDALE, Warden; CLINT DAVIS,
Assistant Warden; LOU DIXON, Head Nurse Manager,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  James P. Jones, District
Judge. (7:14-cv-00652-JPJ-RSB)

Submitted: August 22, 2016          Decided: September 13, 2016

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Hamilton H. Swart, III, Appellant Pro Se.  Nancy Hull Davidson,
Assistant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hamilton Hall Swart appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Swart v. Clarke, No. 7:14-cv-00652-JPJ-RSB (W.D. Va. Feb. 1, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED